# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TOT POWER CONTROL, S.L.,<br><br>        Plaintiff,<br><br>    v.<br><br>LG ELECTRONICS, INC. and LG ELECTRONICS U.S.A., INC.,<br><br>        Defendants. | C.A No. 21-1304-MN<br><br>**JURY TRIAL DEMANDED** |

## LGE'S PARTIAL MOTION TO DISMISS
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)

Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc., by and through the undersigned counsel, respectfully move to dismiss TOT Power Control, S.L.'s claims of willful infringement and enhanced damages and past damages in the Complaint (D.I. 1), under Federal Rule of Civil Procedure 12(b)(6), for failure to state a claim upon which relief can be granted. The grounds for this motion are set forth in the accompanying memorandum of points and authorities.

| | |
|---|---|
| Dated: January 4, 2022 | **DLA PIPER LLP (US)** |
| **Of Counsel**: | */s/ Brian A. Biggs*<br>Brian A. Biggs (DE Bar No. 5591) |
| Matthew Satchwell (*Pro Hac Vice* to be submitted)<br>Paul Steadman (*Pro Hac Vice* to be submitted)<br>**DLA PIPER LLP (US)**<br>444 West Lake Street, Suite 900<br>Chicago, IL 60606-0089<br>Telephone: (312) 368-4000<br>matthew.satchwell@us.dlapiper.com<br>paul.steadman@us.dlapiper.com | Erin E. Larson (DE Bar No 6616)<br>1201 North Market Street, Suite 2100<br>Wilmington, DE 19801-1147<br>Telephone: (302) 468 - 5700<br>Facsimile: (302) 394 - 2341<br>brian.biggs@us.dlapiper.com<br>erin.larson@us.dlapiper.com<br><br>*Attorneys for Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc.* |